## THE PRINCE LEOPOLD.[*]

### (Circuit Court, E. D. Louisiana. 1881.)

1. TOWAGE SERVICES—LIENS.

> Towage service must be rendered to carry a lien; an unexecuted contract to perform towage service is not enough.

In Admiralty.

*I. R. Beckwith*, for libellant.

*Emmet D. Craig*, for claimants.

PARDEE, C. J. An unexecuted contract of affreightment gives no maritime lien. 18 How. 188; 19 How. 90. An unexecuted contract for furnishing supplies carries no lien. *The Cabarga*, 3 Blatchf. 75. An unexecuted contract for wages, where the voyage was never begun and no services rendered, furnishes no lien. 1 W. Rob. 89, cited in 19 How. 90. Admiralty and maritime liens are not given by implication. 19 How. 89. No reason is given why an unexecuted contract to furnish towage to a vessel should stand on any better footing than though the contract related to freight, wages, or materials. It is claimed that towage is a part of the voyage, (22 How. 244;) but that must be understood as towage actually furnished. The owners may have contracts with a dozen different tow-boats that each shall tow the ship, but it is only the ones actually towing the vessel that help begin or complete the voyage.

Let there be a decree maintaining the exception filed, and dismissing the libel, with costs.

*Reported by Joseph P. Horner, Esq., of the New Orleans bar.